**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Christa Casillas,

Plaintiff(s),

v.

Democracy Prep Agassi Campus, et al.,

Defendant(s).

Case No. 2:26-cv-01096-CDS-BNW

**Order**

The parties represent that an early neutral evaluation would not be productive. Docket No. 26. Accordingly, the early neutral evaluation is **VACATED**. The Clerk's Office is **INSTRUCTED** to remove the ENE flag and to remove the undersigned as the settlement judge on this case.

IT IS SO ORDERED.

Dated: July 24, 2026

Nancy J. Koppe
United States Magistrate Judge