GARIN LAW GROUP
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
lzastrow@garinlawgroup.com

*Attorney for Defendants*

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500 Facsimile: (702) 382-1512

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHRISTA CASILLAS,

Plaintiff

v.

DEMOCRACY PREP AGASSI CAMPUS; DEMOCRACY PREP PUBLIC SCHOOLS; DEMOCRACY PREP NV, LLC; BIANTE GAINOUS, individually; and KING DUNCAN, individually,

Defendants

CASE NO. 2:26-cv-01096-CDS-BNW

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT DEMOCRACY PREP NV, LLC TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 23] (First Request)**

[ECF No. 29]

Plaintiff CHRISTA CASILLAS and Defendant DEMOCRACY PREP NV, LLC ("Democracy Prep NV"), through its counsel of record LISA J. ZASTROW, of GARIN LAW GROUP, hereby stipulate and agree to extend Defendant's deadline to file its Reply in Support of its Motion to Dismiss, filed July 21, 2026 [ECF No. 23], as follows:

WHEREAS Defendant Democracy Prep NV filed its Motion to Dismiss on July 21, 2026 [ECF No. 23];

WHEREAS Plaintiff filed her Opposition to Defendant's Motion to Dismiss on August 4, 2026 [ECF No. 28];

WHEREAS Defendant Democracy Prep NV's reply in support of its Motion to Dismiss is due on August 11, 2026;

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500 Facsimile: (702) 382-1512

WHEREAS Defendant's counsel recently suffered a medical emergency requiring hospitalization, and the parties therefore agree to extend Defendant's deadline to file its reply until August 18, 2026;

WHEREAS this is the parties' first request to extend Defendant's deadline to reply in support of its motion to dismiss;

WHEREAS this stipulation is made in good faith and not for purposes of delay;

WHEREAS the requested extension will not affect any other scheduled deadlines or hearing dates.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendant Democracy Prep NV's deadline to file its reply in support of its Motion to Dismiss [ECF No. 23] shall be extended from August 11, 2026 to August 18, 2026.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 10th day of August, 2026.<br><br>/s/ Christa Casillas<br>Christa Casillas<br>7824 Robinglen Ave<br>Las Vegas, NV 89131<br>702-235-3102<br><br>*Plaintiff, Pro Se* | DATED this 10th day of August, 2026.<br><br>GARIN LAW GROUP<br><br>By: /s/ Lisa J. Zastrow<br>Lisa J. Zastrow, Esq.<br>Nevada Bar No. 9727<br>9900 Covington Cross Drive, Suite 210<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendants* |

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: August 11, 2026